**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**JS-6**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 25-7276-JFW(Ex)** Date: October 15, 2026

Title: Securian Life Insurance Company *-v-* Luvia Garcia, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Julieta Lozano**
**Courtroom Deputy**

**None Present**
**Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS): ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on November 25, 2025 (Docket No. 32), the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by October 13, 2026. In addition, the Court set July 6, 2026 as the last day to conduct the settlement conference/mediation and set July 10, 2026 as the last day to file the Joint Report re: results of Settlement Conference/Mediation. The parties have violated the Court's Order by failing to file any of the required Pre-Trial Documents, by failing to file the Joint Report re: results of Settlement Conference/Mediation, and presumably by filing to conduct the Settlement Conference/Mediation.

As a result of the parties' violation of the Court's Order, this action is **DISMISSED without prejudice**. *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). The Pretrial Conference scheduled for November 6, 2026, the hearing on motions in limine scheduled for November 20, 2026, and the Trial scheduled for December 8, 2026, and any other dates calendared in this matter, are hereby **VACATED**.

IT IS SO ORDERED.



Initials of Deputy Clerk jloz